IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                             No. C 12-0900 WHA (PR)

**ORDER OF DISMISSAL**

SHELTON JACKSON,

    Plaintiff.
                                                            /

    On February 23, 2012, plaintiff, a prisoner of the State of Louisiana, filed a letter complaining of a warrant issued by the State of California. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and no response from plaintiff has been received. Accordingly, this case is **DISMISSED** without prejudice. The clerk shall enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: April __20__, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\JACKSON0900.DFP.wpd